PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William Torrales  **Docket Number:** 09-00389-001
 **PACTS Number:** 39455

**Name of Sentencing Judicial Officer:** HONORABLE Thomas Dennis
**Name of Judicial Officer:** HONORABLE Jose L. Linares

**Date of Original Sentence in U.S. District Court for the District of Connecticut:** 05/26/2004
**Date of Transfer of Jurisdiction to the Honorable Jose L. Linares, District of New Jersey:** 05/20/09

**Original Offense:** POSSESSION OF A WEAPON BY A CONVICTED FELON, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(1)

**Original Sentence:** 51 months imprisonment

**Type of Supervision:** supervised release (3 years)  **Date Supervision Commenced:** 10/20/08

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender has failed to remain drug-free. During random urinalysis conducted on December 10 and 22, 2008, as well as January 5, February 17 and 23, March 11 and 23, April 14, 15, 22 and 29, May 4, 8, and 20, and June 17 and 24, 2009, the offender submitted urinalysis which revealed positive results for Marijuana (THC). Additionally, the offender submitted a urinalysis which tested positive for hydrocodone and hydromorphone on January 5, 2009.

PROB 12C - Page 2
William Torrales

2          The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

As a result of his continued drug abuse, the U.S. Probation Office referred Torrales to outpatient drug treatment and testing at Trinitas Hospital, located in Elizabeth, New Jersey. Treatment commenced on February 25, 2009, at which time, the offender was instructed to report each Wednesday evening for both individual and group counseling.

According to Trinitas Hospital, the offender failed to report, as instructed, on March 25, April 1, May 6, May 27 and June 3, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 7/1/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✗] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/7/09
Date