PROB 12A
(7/93)

# United States District Court
## for
### District of New Jersey

## Report on Offender Under Supervision

Name of Offender: William Torrales                    Cr:
                                                      PACTS #: 39455

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares
                                     United States District Court Judge

Date of Original Sentence: 05/26/2004

Original Offense: Possession of a Firearm by a Convicted Felon in violation of Title 18 U.S.C. Sections 922(g)(1) and 924(a)(2)

Original Sentence: 51 months imprisonment

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/20/2008

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | On May 6, 2010, the offender was arrested by Elizabeth, New Jersey Police at his residence located at 125 Second Street, 2nd floor, Elizabeth, and charged with simple assault/domestic violence in violation of N.J.S.2C:12-1A. According to the arrest report, dated May 6, 2010, the offender did purposely, knowingly or recklessly cause injury to his girlfriend's mother, Alma Feliciano, specifically by hitting the victim in the right eye. The offender was transported to Elizabeth Headquarters and released on $1,000.00 bond posted by his girlfriend, Xiomara Lazu. He appeared in Elizabeth Municipal Court on May 7, 2010, at which time, his case was adjourned until further notice. As of May 12, 2010, Ms. Feliciano has not filed a restraining order. |

U.S. Probation Officer Action:

On May 7, 2010, the offender reported to the U.S. Probation Office and was verbally reprimanded. The offender denied the allegations charged against him and maintains his innocence. He informed he did not touch Ms. Feliciano on May 6, 2010, or on any occasion. The offender advised Ms. Feliciano does not approve of his being involved in a romantic relationship with her daughter and fabricated the entire story in hopes of breaking up their relationship. Torrales further informed Ms. Feliciano is currently undergoing psychiatric treatment at Trinitas Hospital in Elizabeth for Bipolar Disorder. The offender was advised that he is prohibited from having any contact with Alma Feliciano for any reason. The undersigned advised that if Ms. Feliciano arrives at his residence at 125 Second Street, Elizabeth, he is to exit the premises immediately and contact the undersigned officer. Ms. Feliciano resides in Union City, New Jersey, with her other daughter. Following a violation of supervised release hearing before Your Honor on January 13, 2010, the offender was placed on four (4) months home confinement with electronic monitoring. The offender is scheduled to satisfy

PROB 12A - Page 2
William Torrales

this sanction on June 17, 2010. Our office is prepared to continue Torrales on home confinement with electronic monitoring if ordered by the Court until this pending assault charge is resolved.

Respectfully submitted,

By: *Elizabeth Villa /pn*
Date: 05/13/2010

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

5-18-10
Date